1058

No. 10A917. GRAYSON v. THOMAS, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS. Application for certificate of appealability, addressed to JUSTICE SOTOMAYOR and referred to the Court, denied.

No. 10A1185. IN RE DUBIN. Application for stay, addressed to JUSTICE THOMAS and referred to the Court, denied.

No. 10–209. LAFLER v. COOPER. C. A. 6th Cir. [Certiorari granted, 562 U. S. 1127.] Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 10–444. MISSOURI v. FRYE. Ct. App. Mo., Western Dist. [Certiorari granted, 562 U. S. 1128.] Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 10–577. KAWASHIMA ET UX. v. HOLDER, ATTORNEY GENERAL. C. A. 9th Cir. [Certiorari granted, 563 U. S. 1007.] Motion of petitioners to dispense with printing the joint appendix granted.

No. 10–680. HOWES, WARDEN v. FIELDS. C. A. 6th Cir. [Certiorari granted, 562 U. S. 1199.] Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 10–1001. MARTINEZ v. RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. [Certiorari granted, 563 U. S. 1032.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 09–993. PLIVA, INC., ET AL. v. MENSING, ante, p. 604;
No. 09–1039. ACTAVIS ELIZABETH, LLC v. MENSING, ante, p. 604;
No. 09–1501. ACTAVIS, INC. v. DEMAHY, ante, p. 604;
No. 10–179. STERN, EXECUTOR OF THE ESTATE OF MARSHALL v. MARSHALL, EXECUTRIX OF THE ESTATE OF MARSHALL, ante, p. 462;